IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVEN OWENS,

    Plaintiff,

v.                                  Civil Action No. 3:18CV433

LT. MOORE, et al.,

    Defendants.

**MEMORANDUM OPINION**

Steven Owens, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Owens's current allegations failed to provide the defendants with fair notice of the facts and the legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on November 27, 2018, the Court directed Owens to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Owens that the failure to submit the particularized complaint would result in the dismissal of the action.

Thereafter, by Memorandum Order on January 11, 2019, the Court granted Owens a thirty-day extension of time to file a particularized complaint.

More than thirty (30) days have elapsed since the entry of the January 11, 2019 Memorandum Order. Owens failed to submit a particularized complaint. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Owens.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: February 26, 2019
Richmond, Virginia