IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEVEN OWENS,

    Plaintiff,

v.                            Civil Action No. 3:18CV433

LT. MOORE, et al.,

    Defendants.

**MEMORANDUM OPINION**

Steven Owens, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. By Memorandum Opinion and Order entered on February 27, 2019, the Court dismissed the action without prejudice because Owens failed to file a particularized complaint. Further review of the docket reflects that dismissal was in error as Owens had timely filed a particularized complaint. Accordingly, the February 27, 2019 Memorandum Opinion and Order will be vacated. The Court will continue to proces the action.

The Clerk is directed to send a copy of this Memorandum Opinion to Owens.

                                        /s/
                            Robert E. Payne

Date: March 18, 2019     Senior United States District Judge
Richmond, Virginia